UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 E. 5TH STREET RM. 424
CINCINNATI, OH 45202

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| EDDIE SMITH | ) |
|     Claimant/Respondent, | ) |
| | ) **PETITION FOR REVIEW** |
| VS. | ) |
| | ) |
| ANDALEX RESOURCES INC. | ) |
|     Employer/Petitioner, | ) |
| | ) |
| AND | ) **CASE NO.: 2011-BLA-05457** |
| | ) **BRB: 2016-0314-BLA** |
| AMERICAN RESOURCES INS. CO. | ) |
|     Carrier/Petitioner | ) |
| | ) |
| AND | ) |
| | ) |
| DIRECTOR, OWCP | ) |
|     Party-in-interest. | ) |

Andalex Resources Inc. hereby petitions the Court for review of the Decision and Order entered by the Benefits Review Board on November 22, 2016.

Respectfully submitted,

/s/ *Tighe A. Estes*
Tighe A. Estes
Brian W. Davidson
FOGLE KELLER PURDY, PLLC
300 East Main Street
Suite 400
Lexington, Kentucky 40507
(859) 253-4700
(859) 253-4702 (fax)
Tighe.estes@fkplaw.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the following on this the 19th day of January, 2017.

Eddie Smith
P.O. Box 133
Manchester, KY 40962

District Director
Chief, Branch of Claims and Systems Mgmnt
U.S. Department of Labor
Room N3454, FPB
200 Constitution Ave., N.W.
Washington, DC 20210

Associate Solicitor
U.S. Department of Labor
Division of Black Lung Benefits
Suite N-2117, FPB
200 Constitution Ave., N.W.
Washington, DC 20210

Associate Regional Solicitor
U.S. Department of Labor
618 Church St., Suite 230
Nashville, TN 37219-2456

Hon. Larry Merck
Administrative Law Judge
36 E. 7th St., Suite 2525
Cincinnati, OH 45202

U.S. Department of Labor
Benefits Review Board
Clerk of the Board
P.O. Bo 37601
Washington, DC 20013

and the original to:

Clerk, U.S. Court of Appeals
For the Sixth Circuit
100 E. 5th Street RM 424
Cincinnati, OH 45202

/s/ *Tighe A. Estes*
Tighe A. Estes
Brian W. Davidson